UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JILL ANN SORENSEN,<br><br>           Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>           Defendant. | Case No. 4:21-cv-00286-DCN<br><br>**ORDER ADOPTING SCHEDULING ORDER** |

**IT IS ORDERED:**

1. The deadlines set in the Court's earlier Scheduling Order (Dkt. 10) entered by Judge Patricco are hereby adopted by the undersigned Judge.

2. <u>Law Clerk</u>: If counsel has a procedural or legal question that needs to be brought to my attention, please contact John Geilman, the law clerk assigned to this case at (208) 478-8394.

    a.   <u>Handling of Discovery Disputes and Non-disposition Motion</u>:

        i.   I will **<u>not</u>** refer this case to a magistrate judge for resolution of discovery disputes and non-dispositive motions. I will keep these motions on my own docket.

        ii.  The parties will strictly comply with the meet and confer requirements of Local Rule 37.1 prior to filing any discovery motions.

        iii. In addition, I will not entertain any written discovery motions until the Court has been provided with an opportunity to informally

    mediate the parties' dispute. To facilitate that mediation, the attorneys will first contact John Geilman, the law clerk assigned to this case, and shall provide him with a brief written summary of the dispute and the parties' respective positions. Mr. Geilman may be able to offer suggestions that will resolve the dispute without the need of my involvement. If necessary, an off-the-record telephonic conference with me will then be scheduled as soon as possible. I will seek to resolve the dispute during that conference and may enter appropriate orders on the basis of the conference. I will only authorize the filing of a discovery motion and written briefing if we are unable to resolve the dispute during the conference.

  iv. Prior to filing any discovery motions, counsel must certify, not only that they have complied with Local Rule 37.1, but that they have complied with the foregoing procedures.

3. <u>Calendaring Clerk</u>: With regard to any scheduling matters or calendar issues, please contact my courtroom deputy, Patti Richmond at (208) 478-8392.

4. <u>Docketing Clerk:</u> If you have a docketing question, please contact a docket clerk at (208) 334-1361.

DATED: November 15, 2021

David C. Nye  
Chief U.S. District Court Judge

ORDER ADOPTING SCHEDULING ORDER - 2