UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JILL ANN SORENSEN,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY aka THE HARTFORD,<br><br>　　　Defendant. | Case No. 4:21-cv-00286-DCN<br><br>**JUDGMENT** |

In accordance with the Court's Memorandum Decision and Order entered on June 14, 2022, NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Plaintiff, and this case closed.

DATED: July 11, 2022

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1